KARYN M. TAYLOR, ESQ, CA Bar #196110
LITTLER MENDELSON
50 West Liberty Street, Suite 400
Reno, NV  89501
Telephone: 775-785-6396
Fax No.: 775-562-8062

Attorneys for Defendants/CrossClaimants Windgate Apartments LP;
1930 Wright Street LLC; 5311 College Oak Drive LLC; 3859
Annadale Lane, LLC; Sharlands Terrace Apartments I and II, LLC

RATHNA B. GOVINDARAO, ESQ., CA Bar # 233753
CHRISTOPHER J. BEEMAN, ESQ., CA Bar # 121194
CLAPP, MORONEY, BELLAGAMBA, AND VUCINICH
6130 Stoneridge Mall Raod, Suite 275
Pleasanton, CA  94588
Tel: 925-734-0990
Fax: 925-734-0888

Attorneys for Cross-Defendant BT Corporation and Ric Russell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHARLANDS TERRACE, LLC; et al.,<br><br>    Defendants. | C 06-80192 JSW (BZ)<br><br>Case No. CV-N-04-292-LRH(RAM)<br><br>(Consolidated with CV-N-04-397-ECR(VPC)) |
|---|---|
| SILVER STATE FAIR HOUSING COUNCIL INC., AND PAUL BABIAK,<br><br>    Plaintiffs,<br><br>vs.<br><br>SHARLANDS TERRACE, LLC; et al.,<br><br>    Defendants. | **STIPULATION AND ORDER REGARDING THE DEPOSITION OF RIC RUSSELL** |
| AND RELATED CROSSCLAIMS | |

Ric Russell has brought a motion to quash the deposition subpoena served upon him by Windgate Apartments LP; 1930 Wright Street LLC; 5311 College Oak Drive LLC; 3859 Annadale Lane, LLC; Sharlands Terrace Apartments I and II, LLC ("the Current Owners") in the matter of <u>United States v. Sharlands Terrace, LLC et al</u>., Case No. CV-N-04-292-LRH(RAM) in the United States District Court for the District of Nevada.  Since the filing of the motion to quash, the Nevada

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

1  Court has entered an order staying all discovery in the matter until pending dispositive motions are
2  determined.  In light of that stay and those pending dispositive motions, it is hereby stipulated by
3  and between the Current Owners and Ric Russell, acting by and through their respective attorneys,
4  that the deposition subpoena of Ric Russell will be withdrawn, that the motion to quash that
5  subpoena will be withdrawn, that the subpoena may be re-issued as deemed appropriate by the
6  Current Owners after the lifting of the discovery stay by the Nevada Court, that counsel for Ric
7  Russell will accept service of a re-issued subpoena without the necessity of serving Mr. Russell
8  directly, reserving their right to re-file the motion to quash or take any other action with respect to
9  the re-issued subpoena; and that the Court vacate all orders with respect to this matter..

Dated: July 27, 2006          LITTLER MENDELSON

                              By:          /s/
                                  KARYN M. TAYLOR, ESQ.

                              Attorneys for Defendants/CrossClaimants
                              Windgate Apartments LP; 1930 Wright Street LLC;
                              5311 College Oak Drive LLC; 3859 Annadale Lane,
                              LLC; Sharlands Terrace Apartments I and II, LLC

Dated: July 27, 2006          CLAPP, MORONEY, BELLAGAMBA, AND VUCINICH

                              By:          /s/
                                  RATHNA B. GOVINDARAO, ESQ.
                                  CHRISTOPHER J. BEEMAN, ESQ.

                              Attorneys for RIC RUSSELL

**IT IS SO ORDERED this   27th   day of   July   2006.**

MOTION WITHDRAWN AND
HEARING SCHEDULED FOR JULY 31, 2006
IS VACATED.

UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*

2.

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888